1
2
3
4
5
6                         IN THE UNITED STATES DISTRICT COURT

7                       FOR THE EASTERN DISTRICT OF CALIFORNIA

8  MICHAEL ERB,

9              Petitioner,                    No. CIV S-07-2601 LKK EFB P

10        vs.

11 CALIFORNIA DIRECTOR OF
   CORRECTIONS, et al.,
12
               Respondents.              ORDER
13
   _____/
14

15        Petitioner is a state prisoner proceeding pro se and *in forma pauperis* seeking a writ of

16 habeas corpus.  *See* 28 U.S.C. § 2254.  By order filed February 12, 2008, the petition was

17 dismissed with leave to amend for failure to name the proper respondent.  Petitioner has now

18 filed an amended petition.

19        A judge "entertaining an application for a writ of habeas corpus shall forthwith award the

20 writ or issue an order directing the respondent to show cause why the writ should not be granted,

21 unless it appears from the application that the applicant or person detained is not entitled

22 thereto."  28 U.S.C. § 2243.  It is not apparent from the face of the application that the petitioner

23 is not entitled to relief.

24        Petitioner has requested that the court appoint counsel.  There currently exists no

25 absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

26 453, 460 (9th Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if

1

the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases.  The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Petitioner has requested an expansion of the record and an evidentiary hearing.  As directed by this order, respondent shall include with his answer or motion in response to the petition any and all transcripts or other documents relevant to the determination of the issues presented in the petition.  Petitioner's motions are therefore denied as premature.

Accordingly, it hereby is ORDERED that:

1.  Petitioner's March 4, 2008, motion for appointment of counsel is denied without prejudice.

2.  Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order.  *See* Rule 4, Fed. R. Governing § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other documents relevant

to the determination of the issues presented in the application.  *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

3.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

4.  If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondents' reply, if any, shall be filed within 15 days thereafter.

5.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's March 3, 2008, amended petition for a writ of habeas corpus with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.

////

6. Petitioner's March 3, 2008, motion to expand the record and hold an evidentiary hearing is denied as premature.

Dated:  April 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE