IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ERB,

    Petitioner,                      No. CIV S-07-2601 LKK EFB P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.                 <u>ORDER</u>

/

    Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondents request an extension of time in which to file an answer to the petition. *See* Fed. R. Civ. P. 6. Petitioner opposes.

    Good cause appearing, the June 3, 2008, request for extension of time is granted and respondents shall file a response to the petition no later than August 8, 2008. The court does not intend to further extend this time.

    So Ordered.

DATED: July 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE