IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ERB,

      Petitioner,                      No. CIV S-07-2601 LKK EFB P

      vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

      Respondents.                ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 25, 2008, petitioner requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

      Petitioner also requests an extension of time to file and serve an opposition to respondents' August 8, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b). Good cause appearing, petitioner's request for an extension of time will be granted.

1  Accordingly, it is hereby ORDERED that:

2  1. Petitioner's August 25, 2008, motion for appointment of counsel is denied without prejudice.

2. Petitioner's August 25, 2008, request for an extension of time is granted in part and petitioner shall file and serve an opposition to respondents' motion to dismiss not later than sixty days after service of this order.[1]

DATED: September 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] In his request, petitioner states that the law library has been closed "since 1/1/08" and that he requests an extension of time beyond his expected release date of "12/27/08." Should the prison's law library in fact remain closed beyond the expiration of the sixty days granted herein, petitioner may request a further extension of time. That request, however, must be accompanied by documentation verifying that the library has been, and continues to be, closed. Absent such documentation, the court will look with disfavor upon any further request for extension of time, notwithstanding petitioner's in-custody status.