IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ERB,

      Petitioner,                    No. CIV S-07-2601 LKK EFB P

   vs.

JAMES A. YATES, et al.,

      Respondents.          ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 17, 2008, petitioner requested a second extension of time to file and serve response to respondent's August 8, 2008, motion to dismiss. *See* Fed. R. Civ. P. 6(b). Petitioner attaches to his request a letter from a prison official, which states that since December of 2007, the prison library has not been opened to the inmate population on a daily basis.

///
///
///
///
///
///

Good cause appearing, it is ORDERED that petitioner's October 17, 2008 request is granted and petitioner shall file and serve a response to respondent's August 8, 2008, motion to dismiss not later than sixty days after service of this order.[1]

DATED: November 12, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court will not extend the deadline to February 10, 2009, as petitioner requests. While the letter attached to petitioner's request suggests that access to the library is limited because it is not open everyday, it does not suggest that petitioner has no access to the library. Should petitioner's access to the library be so limited that he cannot comply with the instant order, petitioner may request a further extension of time. That request, however, must be accompanied by further documentation verifying that the library has been closed or that library access is extremely limited.